CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: cgraves@farleygraves.com

Attorneys for Defendant USAA General Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BILLY DEAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>　　　　　　　　Defendant. | Case No.  3:21-cv-00232-JMK |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, USAA General Indemnity Company (USAA GIC), the Defendant in the above matter, gives notice that Case No. 3PA-21-01933CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Palmer, where said case was originally filed and is currently pending.  USAA GIC states:

　　　1.　　Removing party, USAA GIC, is the defendant in the above-captioned action;

　　　2.　　On August 3, 2021, the above-entitled action was commenced against USAA GIC in the Superior Court for the State of Alaska, Third Judicial District at Palmer and is presently pending in that court;

NOTICE OF REMOVAL
DEAN V USAA
CASE NO: 3:21-CV-00232-JMK

Page 1 of 3

/JT
32975

Case 3:21-cv-00232-JMK   Document 1   Filed 10/19/21   Page 1 of 3

3. USAA GIC was served with a summons and complaint on September 20, 2021;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. USAA GIC is, and was at all times pertinent to this action, a Texas corporation. Thus, complete diversity exists between Plaintiff and Defendant;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant USAA GIC is filed herewith in the Notice of Filing Pleadings.

DATED this 19th of October 2021 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: /s/Cheryl L. Graves/
CHERYL L. GRAVES
Alaska Bar No.: 9711062
Attorneys for Defendant USAA General Indemnity Company

NOTICE OF REMOVAL
DEAN V USAA
CASE NO: 3:21-CV-00232-JMK

Page 2 of 3

/JT
32975

Case 3:21-cv-00232-JMK   Document 1   Filed 10/19/21   Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this  19th  day of  October 2021 a true and correct copy of the foregoing was served electronically on the following person(s):

**Gregory S. Parvin Esq.**
Law Office of Gregory S. Parvin
290 N. Willow Street
Wasilla, AK  99654
Tel: (907) 376-2800
Fax: (907) 376-2828
Email: gparvin@gparvinlaw.com;
gcuret@gparvinlaw.com

By:    */s/Jennifer Tanksley/*
         Jennifer Tanksley

NOTICE OF REMOVAL
DEAN V USAA
CASE NO: 3:21-CV-00232-JMK

Page 3 of 3

/JT
32975

Case 3:21-cv-00232-JMK   Document 1   Filed 10/19/21   Page 3 of 3