Law Office of Gregory S. Parvin
290 N. Willow Street • Wasilla, AK 99654
P: (907) 376-2800 • F: (907) 376-2828
Gregory S. Parvin: gparvin@gparvinlaw.com
Ginger Curet, Paralegal: gcuret@gparvinlaw.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

BILLY DEAN, )
        Plaintiff(s), )
vs. )
      )
USAA GENERAL INDEMNITY ) Case No. 3PA-21-1933 CI
COMPANY, )
        Defendant(s) )

## COMPLAINT

Plaintiff, BILLY DEAN, through his attorney, The Law Office of Gregory S. Parvin, states and alleges as follows:

### Allegations Common to All Causes of Action

1. Plaintiff, Billy Dean, is a resident of the Third Judicial District, State of Alaska.

2. USAA General Indemnity Company is a corporation engaged in the automobile liability insurance business and operates in the State of Alaska.

3. In December 2020, plaintiff's liability insurance policy with State Farm was in effect.

4. The policy contains a special rider that would cover plaintiff, plaintiff's vehicle and other occupants of the covered vehicle, in the event of a bodily injury claim caused by an uninsured or underinsured driver.

5. On December 3, 2020, Plaintiff was involved in an auto accident in Wasilla, Alaska

0901119cae6ca69d
USAA Confidential

that was the fault of an uninsured driver.

6. Plaintiff paid all required premiums to maintain coverage and was duly insured on the date of the accident.

7. Plaintiff provided defendant all proper notice of loss and damages suffered as a result of the crash and negotiated with defendant for payment of his losses under the terms of the insurance contract he had with defendant.

8. In August 2021 defendant refused to pay plaintiff's damages as required by the terms of the uninsured coverage.

9. This failure to pay plaintiff's damages is a breach of the insurance contract by defendant that entitles plaintiff to his compensatory contract damages. These damages include his medical special damages, and general damages, resulting from the accident on December 3, 2020. The amount of these damages will be proven at trial.

Wherefore plaintiff prays for relief as follows:

1. For an award of a money judgment in plaintiff's favor against defendant for the contract damages in an amount to be proven at trial;

2. For a money judgment inclusive of the costs, interest and attorney's fees necessarily incurred in pursuing this claim; and

3. For whatever other relief this court deems just and proper.

DATED at Wasilla, Alaska, this _6_ day of August, 2021.

THE LAW OFFICE OF GREGORY S. PARVIN

Gregory S. Parvin • ABA No. 9809044

COMPLAINT

*DEAN V. USAA*
CASE NO. 3PA-21-_1733_ CI
Page 2 of 2

0901119cae6ca69d

USAA Confidential